# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 3, 2007

Charles R. Fulbruge III
Clerk

No. 07-40511
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

OSCAR RENE GARCIA-SIERRA

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:07-CR-24-1

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Oscar Rene Garcia-Sierra raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. United States v. Pineda-Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), petition for cert. filed (Aug. 28, 2007) (No. 07-6202). The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.